United States District Court
Southern District of Texas
**ENTERED**
July 24, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| ELLIS COUNTY, | |
| Plaintiff, | CASE NO. 4:19-CV-02256 |
| vs. | |
| WALGREENS BOOT ALLIANCE, INC., *et al.*, | |
| Defendants. | |

## ORDER

Upon consideration of the Motion for a Temporary Stay of Proceedings Pending Final Ruling by the Judicial Panel on Multidistrict Litigation, which was filed by Defendants Walgreens Boots Alliance, Inc., it is hereby: **ORDERED** that the Motion for Temporary Stay is **GRANTED** until the Judicial Panel on Multidistrict Litigation issues a final decision on whether to transfer this action to the Opiate Multidistrict Litigation pending in the Northern District of Ohio, *In Re: Nat'l Prescription Opiate Litig.*, No. 1:17-md-02804 (Polster, J.).

**IT IS SO ORDERED.**

Dated this day 24 of July, 2019.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE